UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELLIS LEE HUNTER**                                                                              **PLAINTIFF**

**V.**                            **NO. 4:19CV00725 BRW-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                    **DEFENDANT**

### ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of October, 2020.


                                            Billy Roy Wilson _____
                                            UNITED STATES DISTRICT JUDGE