UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELLIS LEE HUNTER**                                                                                          **PLAINTIFF**

V.                                  NO. 4:19CV00725 BRW-JTR

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of October, 2020.


                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE