# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ELLIS LEE HUNTER                                                           PLAINTIFF

v.                                    No. 4:19-cv-725-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                        DEFENDANT

## ORDER

The Court reversed the Administrative Law Judge's decision and remanded Hunter's case for further consideration. *Doc. 14 & 15.* The ALJ filed a new decision denying Hunter relief. *Doc. 17 at 2.* Hunter appealed to the Appeals Council. *Ibid.* The Council adopted the ALJ's decision. *Ibid.* The Council's order is dated 11 February 2026. *Ibid.* To ask for judicial review, Hunter had sixty days to file a civil action. *Doc. 17 at 3*; 42 U.S.C. § 405(g). Fifty-eight days later, he filed a motion with this Court saying that he wanted to "formally appeal the decision" in his case. *Doc. 17 at 1.* But, as the Council's letter told him, he must file a new case rather than proceeding in this one. *Doc. 17 at 3.* Hunter timely asked for judicial review, he just did so incorrectly. The Court directs the Clerk to convert Hunter's motion for reconsideration, *Doc. 17*, into a new case. The Court also directs the Clerk to assign the new case to me. Hunter must file a complaint with

–2–

details by 6 July 2026.  He must also pay the $405 filing fee, or file a motion to proceed *in forma pauperis*, by that date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 June 2026